UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER F. SCOTT, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>CITIFINANCIAL MORTGAGE COMPANY, )<br>INC., et al., )<br>Defendant(s). ) | Case No. 4:06CV00437 ERW |

## **ORDER**

This matter comes before the Court on Plaintiff Scott's Status Report [doc. #16], filed on March 12, 2007. The Court acknowledges the receipt of the status report, however, the Court will not address interim rulings by the Arbitrator. The Court will consider any matter after the arbitration process is concluded.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for relief from the Arbitrator's rulings is **DENIED.**

Dated this 15th Day of March, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE